Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff Crystal Redick*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>CAPTIVATE HOSPITALITY GROUP, LLC d/b/a SOLSTICE, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>    Defendants. | CASE NO.: 2:22-CV-07069-MEMF-SKx<br><br>Honorable Judge Maame Ewusi-Mensah Frimpong<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Complaint Filed: September 29, 2022<br>Trial Date: None |

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

1
NOTICE OF SETTLEMENT

1  Plaintiff Crystal Redick ("Plaintiff") hereby notifies the Court that the claims of Plaintiff
2  have settled.  A notice of dismissal with prejudice as to Plaintiff's claims in accordance with
3  Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed upon execution of a formal settlement
4  agreement.

6  Dated: February 8, 2023					Respectfully Submitted,

8  							*/s/ Binyamin I. Manoucheri*
   							Thiago M. Coelho
9  							Binyamin I. Manoucheri
   							**WILSHIRE LAW FIRM**
10 							*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 8, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: February 8, 2023                     */s/ Binyamin I. Manoucheri*
                                            Binyamin I. Manoucheri