Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Carolin K. Shining, SBN 201140
cshining@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff*

R. Michael Ghilezan, Esq., SBN 282340
Michael@GhilezanLaw.com
**THE GHILEZAN LAW FIRM**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 907-5708
Facsimile: (310) 496-2872

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, an individual,<br><br>Plaintiff,<br>v.<br><br>CAPTIVATE HOSPITALITY GROUP, LLC d/b/a SOLSTICE, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.:   2:22-cv-07069-MEMF-SK<br><br>*Assigned to Judge Maame Ewusi-Mensah Frimpong*<br><br>**JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a); [PROPOSED] ORDER** |

JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a); [PROPOSED] ORDER

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Crystal Redick ("Plaintiff"), and Defendant Captivate Hospitality Group, LLC d/b/a Solstice ("Defendant"), stipulate and jointly request that the Court enter a dismissal with prejudice as to Plaintiff's claims. Each party shall bear her or its own costs, experts' fees, attorneys' fees, and attorneys' expenses.

Respectfully Submitted,

DATED: April 4, 2023                     **WILSHIRE LAW FIRM**

By: */s/ Carolin K. Shining*
Carolin K. Shining
*Attorneys for Plaintiff*

DATED: April 4, 2023                     **THE GHILEZAN LAW FIRM**

By: */s/ R. Michael Ghilezan*
R. Michael Ghilezan
*Attorneys for Defendant*

---

JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a); [PROPOSED] ORDER

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4 (a)(2)(ii), the filers of this stipulation attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 4, 2023              By: */s/ Carolin K. Shining*
                                          Carolin K. Shining

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a); [PROPOSED] ORDER